UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ME2 PRODUCTIONS, INC.,

    Plaintiff,

v.

NERA IMELDA, *et al.*,

    Defendants.

Case No. C17-0783RSL

ORDER GRANTING MOTION FOR EXTENSION OF TIME

This matter comes before the Court on plaintiff's motion for an extension of time in which to serve the complaint. Dkt. # 14. A party generally has 90 days after a complaint is filed in which to serve the defendant. Fed. R. Civ. P. 4(m). It can be challenging to meet this deadline in BitTorrent cases where plaintiff must first conduct discovery from the ISP before it can identify and serve the defendant. It can be done, however, and the Court expects a good faith effort to comply with the service deadline. Plaintiff has made such an effort here. There was a slight delay in granting leave to conduct expedited discovery and in receiving the ISP's response. Plaintiff appropriately limited its efforts to pursue an out-of-court settlement of the case, then utilized the waiver of service procedure set forth in Fed. R. Civ. P. 4(d). The waivers are due within weeks of the original service deadline, and plaintiff seeks a limited extension in which to accomplish personal service if necessary.

1       The motion for an extension of time is GRANTED. Plaintiff shall have an additional three weeks, until September 7, 2017, to file proofs of waiver/service as to all defendants or a second motion for extension of time detailing the efforts made to accomplish service.

      Dated this 17th day of August, 2017.

                                              */s/ Robert S. Lasnik*
                                              Robert S. Lasnik
                                              United States District Judge